## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## AT NASHVILLE

| | |
|---|---|
| PEGGY DUNCAN MATHES, )<br>Administrator of the Estate of )<br>ROY GLENN HALL, JR., )<br>　　　　　　　　　　　　　　　　　)<br>　　　　Plaintiff, )<br>v. 　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>METROPOLITAN GOVERNMENT OF )<br>NASHVILLE and DAVIDSON COUNTY, )<br>TENNESSEE; DAVIDSON COUNTY )<br>SHERIFF'S OFFICE; CORRECT CARE )<br>SOLUTIONS, LLC; OFFICER SCOTT )<br>ARNOLD; OFFICER LAMONDO )<br>BROWN; OFFICER ELSIE NOEL; )<br>RAPHAEL CRAWFORD, LPN; TONJA )<br>CALDWELL, LPN; AMANDA )<br>MONROE, LPN; CINDY ENSLEY, LPN; )<br>and JEAN GRAVES, LPN, 　　　　　　)<br>　　　　　　　　　　　　　　　　　)<br>　　　　Defendants. 　　　　　　　　 ) | No. 3:10-00496<br>Judge Aleta A. Trauger<br><br>JURY DEMAND |

### JOINT MOTION TO AMEND INITIAL CASE MANANGEMENT ORDER

Come now the parties, and respectfully submit this Joint Motion to Amend the Initial Case Management Order. In support of this Motion, the parties would state that a Scheduling Order has been filed in a related action currently pending in the Davidson County Circuit Court. The parties request that the deadlines in this case be modified to mirror the deadlines set forth in the Scheduling Order in the Circuit Court case. Specifically, the parties request that the Initial Case Management Order be modified as follows:

- Fact discovery is to be completed by June 29, 2011;

- Plaintiff shall disclose all experts with reports by July 29, 2011;

- Defendants shall disclose all experts with reports by August 29, 2011;

- Plaintiff shall make her experts available for depositions by September 29, 2011;

- Defendants shall make experts available for depositions by October 29, 2011

- All dispositive motions are to be filed by November 29, 2011.

- A Joint Mediation Report shall be filed with the Court by November 1, 2011.

WHEREFORE, based on upon these reasons, the parties request that the Court grant this motion and enter an Order Amending the Initial Case Management Order extending the deadlines as set forth above.

Respectfully submitted,

LAW OFFICES OF DAVID RANDOLPH SMITH

/s/ *David Randolph Smith* (with consent)
David Randolph Smith, BPR #011905
1913 21st Avenue South
Nashville, TN 37212
(615) 742-1775

Adam K. Cook, NH Bar No. 17447
Human Rights Defense Center
P.O. Box 2420
West Brattleboro, VT 05303
(802) 257-1342

*Attorneys for Plaintiff Peggy Duncan Mathes, Administrator of the Estate of Roy Glenn Hall, Jr.*

LEWIS, KING, KRIEG & WALDROP, P.C.

/s/ *Lisa Ramsay Cole*
Lisa Ramsay Cole, BPR #16262
Vanessa A. Patel, BPR # 28344
424 Church Street, Suite 2500
Nashville, TN 37219
(615) 259-1366

*Attorneys for Defendants Correct Care Solutions, Raphael Crawford, LPN, Jean Graves, LPN, Tonja Caldwell, LPN, Cindy Ensley, LPN and Amanda Monroe, LPN*

METROPOLITAN LEGAL DEPARTMENT

/s/ *Kevin C. Klein* (with consent)
Kevin C. Klein, BPR #23301
Allison L. Bussell, BPR #23538
P.O. Box 196300
Nashville, TN 37219
(615) 862-6341

*Attorneys for Defendants Metropolitan Government of Nashville and Davidson County, Tennessee, Scott Arnold, Lamondo Brown, and ElsieNoel*

## CERTIFICATE OF SERVICE

      I hereby certify that on this the _____ day of _____, 2011, a copy of the foregoing document, was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

David Randolph Smith, Esq.
Edmund J. Schmidt III, Esq.
1913 21st Avenue
South Hillsboro Village
Nashville, TN 37212

Adam K. Cook, Esq.
Human Rights Defense Center
PO Box 2420
West Brattleboro, VT 05303


Kevin C. Klein, Esq.
Allison L. Bussell, Esq.
Metropolitan Legal Department
PO Box 196300
Nashville, TN 37219

                                          /s/ Lisa Ramsay Cole
                                          Lisa Ramsay Cole