IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PEGGY DUNCAN MATHES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. 3:10-0496 |
| v. ) | Judge Trauger |
| ) | |
| METROPOLITAN GOVERNMENT OF ) | |
| NASHVILLE AND DAVIDSON COUNTY, ) | |
| TENNESSEE, *et al.*, ) | |
| ) | |
| Plaintiffs. ) | |

**O R D E R**

The Joint Motion to Amend Initial Case Management Order (Docket No. 31) is **GRANTED**, and the case management dates are modified as set out in the motion.

The parties need to be aware of the fact that, if dispositive motions are filed on this timetable, the trial may well have to be continued from its present date of February 28, 2012. The trial setting will remain in place for the time being.

It is so **ORDERED**.

ENTER this 12th day of April 2011.

_____
ALETA A. TRAUGER
U.S. District Judge